B6F (Official Form 6F) (12/07)

In re **Charles J Robino,** Case No. **15-10978**
**Valerie A Robino**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2715** <br><br>**A-1 Collections Svc** <br>**101 Grovers Mill Rd Ste** <br>**Lawrenceville, NJ 08648** | | H | **Morgan Kalman Clinic** | | | | 35.00 |
| Account No. <br><br>**Albert Carter** <br>**305 N. Ashview Dr** <br>**Wilmington, DE 19807** | | J | **Unsecured** | | | | 100,000.00 |
| Account No. <br><br>**Alfred Coletta** <br>**6006 Cannon Hill Road** <br>**Fort Washington, PA 19034** | | J | **Unsecured** | | | | 300,000.00 |
| Account No. **xxxxxxxx6684** <br><br>**Ally Financial** <br>**200 Renaissance Ctr** <br>**Detroit, MI 48243** | | J | **Automobile Deficiency** | | | | 31,443.00 |

___10___ continuation sheets attached

Subtotal
(Total of this page)     431,478.00

In re **Charles J Robino,**
**Valerie A Robino**
_____,
Debtors

Case No. **15-10978**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1322** <br><br> **Ally Financial** <br> **P.O. Box 130424** <br> **Saint Paul, MN 55113** | | J | **Unsecured** | | | | **75,994.00** |
| Account No. **xxxxxxxxxxxx1073** <br><br> **American Express** <br> **Po Box 3001** <br> **16 General Warren Blvd** <br> **Malvern, PA 19355** | | H | **Credit Card** | | | | **127,550.00** |
| Account No. **xxxx-xxxx-xxxx-2874** <br><br> **Artisans Bank** <br> **2961 Centreville Road** <br> **Wilmington, DE 19808** | | J | **Unsecured** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx1199** <br><br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX 79998** | | H | **Credit Card** | | | | **34,979.00** |
| Account No. <br><br> **Bank of Delmarva** <br> **200 E Market St.** <br> **Laurel, DE 19956** | | J | **Personal Guaranty for Loan** | | | | **75,000.00** |

Sheet no. **1** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**313,523.00**

In re **Charles J Robino,**
**Valerie A Robino** , Case No. **15-10978**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxx7541 **Berks Credit & Collections** 900 Corporate Dr Reading, PA 19605 | | H | **Delaware Sleep Disorder Center** | | | | 195.00 |
| Account No. **Bryn Maur Trust** 20 DE - 100 Wilmington, DE 19807 | | J | **Personal Guaranty for First Bank of DE Loan** | | | | 75,000.00 |
| Account No. xxx7253 **BYL Services** 301 Lacey Street West Chester, PA 19382 | | W | **Christiana Care** | | | | 728.00 |
| Account No. xxxxxxxxxxxx2599 **Revenue Collect** Po Box 2103 Mechanicsburg, PA 17055 | | | **Representing:** **BYL Services** | | | | Notice Only |
| Account No. xxxxxxxxxxxx1697 **Capital One** Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | J | **Credit Card** | | | | 465.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **76,388.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,**
**Valerie A Robino**
_____,
Debtors

Case No. **15-10978**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7612<br><br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **Credit card purchases** | | | | 55,370.00 |
| Account No. xxx7433<br><br>**Novea Port**<br>**2124 Ne 123rd St**<br>**North Miami, FL 33181** | | | **Representing:**<br>**Chase** | | | | Notice Only |
| Account No. xxxxxxxxx6439<br><br>**Chase Mtg**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | J | **Mortgage Deficiency**<br>**114 Centrenest Lane**<br>**Wilm. DE 19807** | | | | 432,606.00 |
| Account No.<br><br>**Christopher Lientz**<br>**100 Centernest Lane**<br>**Wilmington, DE 19807** | | J | **Unsecured** | | | | 200,000.00 |
| Account No. xxxxx8857<br><br>**Credit First/CFNA**<br>**Bk13 Credit Operations**<br>**Po Box 818011**<br>**Cleveland, OH 44181** | | H | **Charge Account** | | | | 1,365.00 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**689,341.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,**
**Valerie A Robino** ,
Debtors

Case No. **15-10978**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dante Marini**<br>**31 Ring Road**<br>**Chadds Ford, PA 19317** | | J | Unsecured | | | | 200,000.00 |
| Account No.<br>**Dena Lientz**<br>**100 Centernest Lane**<br>**Wilmington, DE 19807** | | J | Unsecured | | | | 100,000.00 |
| Account No.<br>**Denise Lougheed**<br>**P.O. Box 392**<br>**Hockessin, DE 19707** | | J | Unsecured | | | | 200,000.00 |
| Account No.<br>**Donald Sawyer**<br>**338 Clubhouse Lane**<br>**Wilmington, DE 19810** | | J | Unsecured | | | | 100,000.00 |
| Account No. **xxxxxxxx9900**<br>**Elan Financial Services**<br>**P.O. Box 590**<br>**Waukegan, IL 60079** | | J | Unsecured | | | | 4,609.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **604,609.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,** Case No. **15-10978**
**Valerie A Robino**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9702** <br><br>**Farmers Bank**<br>**Main St Office**<br>**Willards, MD 21874** | | J | **Mortgage Deficiency**<br>**15 acres in Sussex County**<br>**Sheriff Sale March 2015** | | | | **1,096,000.00** |
| Account No.<br><br>**James Waehler, Esq.**<br>**Steen, Waehler & Schrider-Fox**<br>**P.O. Box 1398**<br>**Ocean View, DE 19970** | | | **Representing:**<br>**Farmers Bank** | | | | **Notice Only** |
| Account No. **xxx4864**<br><br>**Farmers Bank**<br>**Main St Office**<br>**Willards, MD 21874** | | H | **Loan** | | | | **143,000.00** |
| Account No. **xxx4864**<br><br>**Farmers Bank**<br>**Main St Office**<br>**Willards, MD 21874** | | J | **Personal Guaranty** | | | | **296,000.00** |
| Account No.<br><br>**First State Orthopaedics**<br>**4745 Ogletown Stanton Rd.**<br>**Suite 225**<br>**Newark, DE 19713** | | J | **Medical** | | | | **4,500.00** |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,539,500.00**

In re **Charles J Robino,**
**Valerie A Robino**
_____,
Debtors

Case No. **15-10978**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0066** <br><br> **American Collections E** <br> **205 S Whiting St Ste 500** <br> **Alexandria, VA 22304** | | | **Representing:** <br> **First State Orthopaedics** | | | | **Notice Only** |
| Account No. <br><br> **Frank Robino, III** <br> **c/o Blake A. Bennett, Esquire** <br> **1000 N. West Street, 10th Floor** <br> **P.O. Box 1680** <br> **Wilmington, DE 19899** | | H | **Unsecured** <br> **CA. No. 10871-VCN** | | | | **Unknown** |
| Account No. <br><br> **Fred Freibott** <br> **1711 E. Newport Pike** <br> **PO Box 6168** <br> **Wilmington, DE 19804** | | J | **Unsecured** | | | | **20,000.00** |
| Account No. **xx8788** <br><br> **Fst Collect** <br> **Po Box 102** <br> **Lewes, DE 19958** | | W | **Elite Pt Llc** | | | | **321.00** |
| Account No. **x6125** <br><br> **Jomax Recovery Service** <br> **14100 N 83rd Ave Ste 235** <br> **Peoria, AZ 85381** | | J | **International Fidelity Insurance** | | | | **54,744.00** |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,065.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,**          Case No. **15-10978**
     **Valerie A Robino**
,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kenneth Kirkpatrick<br>1416 Reiner Road<br>Norristown, PA 19403 | | J | Unsecured | | | | 200,000.00 |
| Account No. xxxxx1864<br><br>M&T Bank<br>Attn: Bankruptcy<br>Po Box 8894<br>Wilmington, DE 19899 | | H | Deposit Related | | | | 76.00 |
| Account No. xxxxxxxxxxxx2760<br><br>M&T Bank<br>1100 N Market St<br>Wilmington, DE 19890 | | H | Credit Card<br>Judgment<br>CPU4-11001602 | | | | 22,598.00 |
| Account No.<br><br>Stephen Doughty Esq.<br>Lyons Doughty & Veldhuis<br>15 Ashley Place, Ste 2B<br>Wilmington, DE 19804 | | | Representing:<br>M&T Bank | | | | Notice Only |
| Account No.<br><br>Michael DeLaveaga<br>327 Mourning Drive<br>Newark, DE 19711 | | J | Unsecured | | | | 12,500.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **235,174.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,**
       **Valerie A Robino**                                      Case No. __**15-10978**__
_____,
                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pala Tile & Carpet Contractors** <br>**600 S. Colonial Ave** <br>**Wilmington, DE 19805** | | J | **Judgment** <br>**JP13-09-010261** | | | | 1,200.00 |
| Account No. **xxxxxxxxxx2079** <br><br>**Portfolio Recovery** <br>**Attn: Bankruptcy** <br>**Po Box 41067** <br>**Norfolk, VA 23541** | | H | **Bank of America** | | | | 32,604.00 |
| Account No. <br><br>**Raymond Green** <br>**10 Hollow Rock Lane** <br>**Lincoln University, PA 19352** | | J | **Unsecured** | | | | 100,000.00 |
| Account No. <br><br>**Ronald Avis** <br>**15 Saint Pauls Ave.** <br>**Staten Island, NY 10301** | | J | **Unsecured** | | | | 12,500.00 |
| Account No. <br><br>**Ronald Jackson** <br>**115 Happy Lane** <br>**Newark, DE 19711** | | J | **Unsecured** | | | | 100,000.00 |

Sheet no. __**8**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **246,304.00**

In re **Charles J Robino,**
**Valerie A Robino** ,
Debtors

Case No. **15-10978**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Suntrust Bank**<br>**PO Box 85526**<br>**Richmond, VA 23285-5526** | | J | **Personal Guaranty for Loan** | | | | 110,000.00 |
| Account No. **xxxxxxxxxxxx9936**<br>**Synchrony Bank/tjx Cos**<br>**Po Box 965015**<br>**Orlando, FL 32896** | | W | **Charge Account** | | | | 390.00 |
| Account No.<br>**TD Bank**<br>**2035 Limestone Rd.**<br>**Wilmington, DE 19808** | | J | **Personal Guaranty for Loan** | | | | 238,000.00 |
| Account No.<br>**Tower Hill School**<br>**2813 W 17th St**<br>**Wilmington, DE 19806** | | J | **Unsecured** | | | | 150,000.00 |
| Account No. **xxxxxxxxxxxx8581**<br>**Us Dept Of Ed/glelsi**<br>**Po Box 7860**<br>**Madison, WI 53707** | | H | **Educational** | | | | 27,376.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **525,766.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles J Robino,**
**Valerie A Robino**
_____,
Debtors

Case No. **15-10978**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**WSFS Bank**<br>**500 Delaware Avenue**<br>**Wilmington, DE 19801** | | J | **Personal Guaranty for First National Bank of Wyoming Loan** | | | | 65,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **65,000.00**

Total (Report on Summary of Schedules) **4,802,148.00**